UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VEDANT MUKESHBHAI AMIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:25 CV 1086 CDP |
| ) | |
| ALEJANDRO MAYORKAS, Secretary ) | |
| of the Department of Homeland Security, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

# **MEMORANDUM AND ORDER**

Plaintiff Vedant Mukeshbhai Amin, a United States citizen, brings this mandamus action against several officers and/or agents of the United States asking that I direct the defendants to adjudicate the pending Form I-130 petitions he filed on behalf of his alien parents. Among the defendants named in his Complaint, Amin identifies Alejandro Mayorkas as Secretary of the Department of Homeland Security, Ur Jaddou as Director of U.S. Citizenship and Immigration Services, and Merrick Garland as United States Attorney General. As each of those identified agency heads have been succeeded, the new office holders are automatically substituted as the respective proper party defendants in this action under Federal Rule of Civil Procedure 25(d). I will grant plaintiff Amin's motion to substitute parties.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Vedant Mukeshbhai Amin's Motion (Notice) to Substitute Parties [2] is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1)  Kristi Noem is substituted for Alejandro Mayorkas as Secretary of the Department of Homeland Security;

2)  Joseph B. Edlow is substituted for Ur Jaddou as Director of U.S. Citizenship and Immigration Services; and

3)  Pamela Bondi is substituted for Merrick Garland as United States Attorney General.

The Clerk of Court shall update the docket sheet accordingly.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of July, 2025.